1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JOSHUA NEIL HARRELL,                          No.  2:14-cv-1690 TLN CKD P

11              Plaintiff,

12        v.                                       ORDER

13   SOLANO COUNTY JAIL, et al.,

14              Defendants.

15

16        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has

17   ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

18   cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional

19   circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §

20   1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900

21   F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required

22   exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be

23   denied.

24        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

25   counsel (ECF No. 47) is denied.

26   Dated:  November 5, 2015

27                                                 _____
                                                   CAROLYN K. DELANEY
28   2/kly/harr1690.31(2)                          UNITED STATES MAGISTRATE JUDGE