UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>Defendants. | No.  2:14-cv-1690 TLN CKD P<br><br><br><br>ORDER |

On December 11, 2015, the Magistrate Judge issued an order denying Plaintiff's motions to compel and limiting him to certain filings.  (ECF No. 70.)  On February 14, 2016, Plaintiff constructively filed a request for reconsideration of that order.  (ECF No. 77.)  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties."  Plaintiff's request for reconsideration of the magistrate judge's order of December 11, 2015 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for reconsideration (ECF No. 77) is denied.

Dated: March 30, 2016

Troy L. Nunley
United States District Judge

1